ERIC W. HAGEN (SBN 192340)
ehagen@mwe.com
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3800
Los Angeles, CA  90067-3218
Telephone:  310.277.4110
Facsimile:   310.277.4730

FABIO E. MARINO (SBN 183825)
fmarino@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:  650.815.7400
Facsimile:   650.815.7401

MANDY KIM (SBN 267513)
mhkim@mwe.com
McDERMOTT WILL & EMERY LLP
4 Park Plaza, Suite 1700
Irvine, CA  92614
Telephone:  949.851.0633
Facsimile:   949.851.9348

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>Seagate Technology LLC,<br><br>            Defendant. | CASE NO.  3:13-cv-2946-H-BGS<br><br>**DEFENDANT SEAGATE TECHNOLOGY LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>FED. R. CIV. P. 7.1(a)<br><br>DEMAND FOR JURY TRIAL<br><br>Assigned to the Honorable Judge Marilyn L. Huff |

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

SEAGATE'S CORPORATE
DISCLOSURE STATEMENT

13cv2946

1       Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Seagate

2   Technology LLC states that Defendant Seagate Technology (US) Holdings, Inc. is

3   the only corporation with an ownership interest of 10% or more in Seagate

4   Technology LLC.  Defendant Seagate Technology (US) Holdings, Inc. is a wholly

5   owned subsidiary of Seagate HDD Cayman.  Seagate HDD Cayman is a wholly

6   owned subsidiary of Seagate Technology HDD Holdings.  Seagate Technology

7   HDD Holdings is a wholly owned subsidiary of Seagate Technology.  Seagate

8   Technology is a wholly owned subsidiary of Seagate Technology Public Limited

9   Company.

10  Dated:  March 20, 2014                    McDERMOTT WILL & EMERY LLP

11

12                                            By: */s/ Eric W. Hagen*
                                                 Eric W. Hagen

13
                                              Attorneys for Defendant
14                                            SEAGATE TECHNOLOGY LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEAGATE'S CORPORATE
DISCLOSURE STATEMENT                                          13cv2946

1

## CERTIFICATE OF SERVICE

2    The undersigned hereby certifies that a true and correct copy of the

3  foregoing document has been served on this date to all current and/or opposing

4  counsel of record, if any to date, who are deemed to have consented to electronic

5  service via the Court's CM/ECF system per CivLR 5.4(d).  Any other counsel of

6  record will be served by electronic mail, facsimile and/or overnight delivery upon

7  their appearance in this matter.

8    I declare under penalty of perjury of the laws of the United States that the

9  foregoing is true and correct.  Executed this 20th day of March at Irvine,

10  California.

11

12    Rita Marfatia

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDermott Will & Emery LLP
ATTORNEYS AT LAW
LOS ANGELES